1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## CENTRAL DISTRICT OF CALIFORNIA

8

| | |
|---|---|
| 9 MIGUEL ANGEL OSEGUERA, | ) Case No.: 2:18-cv-09496-JC |
| 10 Plaintiff, | ) ORDER AWARDING EQUAL |
| | ) ACCESS TO JUSTICE ACT |
| 11 v. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| 12 NANCY A. BERRYHILL, Acting | ) AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, | ) U.S.C. § 1920 |
| 13 | ) |
| Defendant | ) |
| 14 | ) |
| | ) |
| 15 | ) |

16      Based upon the parties' Stipulation for the Award and Payment of Attorney

17 Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. §

18 2412(d) and Costs, Pursuant to 28 U.S.C. § 1920:

19      IT IS ORDERED that fees and expenses in the amount of $3,600.00 as

20 authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

21 awarded subject to the terms of the Stipulation.

22 DATE:      May 21, 2019

23

24      _____/s/_____
      HONORABLE JACQUELINE CHOOLJIAN
25      UNITED STATES MAGISTRATE JUDGE

26